UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT EDWARD BROCK, JR.,

    Plaintiff,

v.                                                   3:06-cv-418

SEVIER COUNTY COURTHOUSE, et al.,

    Defendants.

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

    **E N T E R:**

                                                  s/ Thomas W. Phillips
                                                United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT